RECEIVED
FEB 10 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| WILLIE R. PITTS<br>LA. DOC #541023<br>VS. | CIVIL ACTION NO. 6:14-cv-3415<br><br>SECTION P<br><br>JUDGE TRIMBLE |
| WARDEN TANNER, RAYBURN<br>CORRECTIONAL CENTER | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this *habeas corpus* petition is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 10th day of February, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE